STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ASEEM P. PADUKONE (CABN 298812)
ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6401/7369
    FAX: (415) 436-7234
    Aseem.Padukone@usdoj.gov
    Andrew.Scoble@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 19-00280 RS (JSC) |
|---|---|---|
| Plaintiff, | ) ) | UNITED STATES' APPLICATION AND [PROPOSED] ORDER TO UNSEAL SECOND SUPERESDING INDICTMENT AND ARREST WARRANTS |
| v. | ) ) ) | |
| ROGELIO BELLOSO ALEMAN, a/k/a "Smiley," et al. | ) ) ) | |
| Defendants. | ) | |

The United States, through undersigned counsel, respectfully moves this Court to unseal the Second Superseding Indictment and the accompanying arrest warrants in the above-captioned matter. The defendant whose whereabouts were unknown has been located, and therefore, it is no longer necessary for the documents to be sealed.

//

//

//

//

| | | |
|---|---|---|
| 1 | DATED: 11/12/2021 | Respectfully submitted, |
| 2 | | STEPHANIE M. HINDS |
| 3 | | Acting United States Attorney |

_____/s/_____
ASEEM PADUKONE
ANDREW M. SCOBLE
Assistant United States Attorneys

## [~~PROPOSED~~] ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Second Superseding Indictment and the accompanying arrest warrants in the above-captioned matter be unsealed.

IT IS SO ORDERED.

DATED:  November 12, 2021

_____
HONORABLE JACQUELINE S. CORLEY
United States Magistrate Judge